# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:09cv269
## [Criminal Case No. 1:07cr46]

| | |
|---|---|
| MICHAEL G. POPE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

**THIS MATTER** is before the Court on the Petitioner's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. §2255 (and Affirmation of Petition, Michael G. Pope) [Doc. 1].

In the motion, the Petitioner alleges (1) prosecutorial misconduct, including vindictive prosecution; (2) pre-indictment delay, resulting in due process violations; and (3) ineffective assistance of counsel, including counsel's alleged failure to honor the Petitioner's request for a direct appeal. The Court finds the Government should respond.

**IT IS, THEREFORE, ORDERED** that on or before forty (40) days from entry of this Order, the United States Attorney shall file response to Petitioner's allegations.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail a copy of this Order to the Petitioner and shall notify electronically the United States Attorney.

Signed: November 30, 2009

Martin Reidinger
United States District Judge